In the Matter of the Petition of JOHN SWENARTON, Respondant, *v.* WALTER H. SHUPE, an Attorney, Appellant.

(Argued June 16, 1885 ; decided June 26, 1885.)

*George W. Stephens* for appellant.

*Robert L. Harrison* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

----

In the Matter of WILLIAM H. RICKETTS, Receiver.

(Argued June 16, 1885 ; decided June 26, 1885.)

*Melville H. Regensburger* for appellant.

*C. W. West* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

----

WILLIAM C. BAUER *v.* JOHN F. BETZ, Respondent, HENRY DAILY, JR., Appellant.

(Argued June 16, 1885 ; decided June 26, 1885.)

*Frederick M. Evarts* for appellant.

*Samuel Untermeyer* for respondent.

Agree to affrm ; no opinion.
All concur.
Order affirmed.